IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02069-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

WARDEN BERKEBILE,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff Timothy Doyle Young, a federal prisoner currently housed in the State of Colorado, originally filed a prisoner complaint in the United States District Court for the Southern District of Indiana. The Southern District of Indiana determined that venue in the instant action properly lies in the United States District Court for the District of Colorado and entered an order on August 2, 2013, that transferred the action to this Court.

    In an order entered on August 6, 2013, Magistrate Judge Boyd N. Boland instructed Mr. Young to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Young to file his claims on a Court-approved form that is used in filing prisoner complaints. Magistrate Judge Boland also directed Mr. Young either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with required financial information.

Mr. Young now has failed to file his claims on a proper Court-approved form and either submit a 28 U.S.C. § 1915 Motion and Affidavit or pay the $400.00 filing fee in full.  Mr. Young, therefore, has failed to cure the deficiencies within the time allowed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  16th  day of   September   , 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court